UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-mj-03311-LOUIS

UNITED STATES OF AMERICA

v.

KENDRICK MITCH DORCELY,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes ✓ No

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY: _____
        Thomas Haggerty
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No.   46136
        99 N.E. 4th Street
        Miami, Florida 33132
        Tel:    305-961-9002
        Fax:   305-530-7976
        Email: Thomas.Haggerty@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Kendrick Mitch Dorcely<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 19-mj-03311-Louis<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 15, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jessie Apaza, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 16 2019

City and state: Miami, FL

_____
*Judge's signature*

Honorable Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Jessie Apaza, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. Prior to my assignment to the Violent Crimes/Fugitive Task Force, I was assigned to the Complex Financial Crimes squad for three years. I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since September 2015 and have been assigned to the Miami Division since March 2016. Prior to my employment as a Special Agent with the FBI, I worked as an FBI Investigative Specialist from June 2010 to September 2015 where I investigated threats to national security.

2.  This affidavit is submitted in support of a criminal complaint charging KENDRICK MITCH DORCELY ("DORCELY") with attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3.  I respectfully submit there is probable cause to believe that on August 15, 2019, DORCELY did knowingly attempt to take by intimidation, from persons and in the presence of employees of Citibank located at 260 East Court, in Miami, Florida, United States currency belonging to, and in the care, custody, control, management, and possession of Citibank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

4.  The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel

involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against DORCELY for the above-described criminal violation.

## PROBABLE CAUSE

5. On August 15, 2019, at approximately 12:19 p.m., a black male, later identified as DORCELY, entered the Citibank, located at 260 East Court, in Miami, Florida. Citibank is insured by the Federal Deposit Insurance Corporation.

6. DORCELY, wearing a grey t-shirt with "NBA" displayed on the front and dark shorts, and carrying a black backpack, approached the victim bank teller and handed over a hand written note that stated "Read carefully I have a bomb in my backpack. I want you to give me a stack of 100's and 50's no dyepack. In less than 5 minutes! Before detination [sic]! This not a Joke!" Upon reviewing the demand note, the victim bank teller backed away from the counter and handed the note to the branch manager. The manager told the victim teller to call the police and ordered employees into the vault. The victim teller called the police. DORCELY, still in the bank lobby, was subsequently arrested by responding Miami-Dade Police Department officers.

7. The attempted bank robbery was recorded on Citibank's video security cameras. This footage captured DORCELY as he entered the bank, handed a note to the victim teller, and was subsequently taken into custody.

8. DORCELY was transported to the FBI Miami Field office to be interviewed and processed. After waiving his Miranda Rights and agreeing to speak to law enforcement, DORCELY admitted to entering the Citibank and handing the victim teller a note.

9. FBI agents searched DORCELY's backpack and discovered a black ski mask and a plastic black toy gun.

## CONCLUSION

10.    Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists to charge DORCELY with attempted bank robbery in violation of Title 18, United States Code, Section 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT JESSIE APAZA
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 16 day of August, 2019.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3